**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number  2024-CA-0195

Ferdinand Bonano

- - Versus - -

Docar Sales, Inc., Docar Powertrain Specialists, L.L.C., DJL
Properties, L.L.C., Docar Truck Parts and Equipment, Inc.

22nd Judicial District Court
Case #: 202113834
St. Tammany Parish

On Application for Rehearing filed on   11/04/2024 by Ferdinand Bonano

Rehearing _____Denied_____

_____
Page  McClendon

_____
Jewel E."Duke" Welch Jr

_____
Walter I. Lanier III

Date_____NOV 2 1 2024_____

_____
Rodd Naquin, Clerk